**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-cv-00042-WDM-PAC

RAYMOND NEUBAUER,

    Plaintiff,

v.

GENWORTH FINANCIAL SERVICES, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

Order Entered by Magistrate Judge Patricia A. Coan
February 14, 2006

    THIS COURT, having reviewed Plaintiff's Unopposed Motion for Leave to Amend Complaint pursuant to Fed. R. Civ. P. 15, Doc. # 7, and being fully informed in the premises, hereby ORDERS that Plaintiff's Unopposed Motion for Leave to Amend Complaint pursuant to Fed. R. Civ. P. 15, Doc. # 7, is GRANTED.  Plaintiff shall file the Amended Complaint no later than February 21, 2006.